UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LES GOCHA,

        Petitioner,

                                                                                CASE NO. 2:12-CV-13776
v.                                                                     HONORABLE LAWRENCE P. ZATKOFF

J.S. WALTON,

        Respondent.
_____/

**ORDER GRANTING PETITIONER'S MOTION [DKT #9]**
**AND PLACING OPINION AND ORDER [DKT. # 4] UNDER SEAL**

      This matter is before the Court on Petitioner's "Motion to Have Lexis Opinion Delisted" concerning the Court's opinion and order summarily dismissing his federal habeas petition due to safety concerns. The Court construes the motion as a request to place the Court's opinion under seal. Having reviewed the matter, the Court finds that the request should be granted. Accordingly, the Court **ORDERS** that the opinion and order of summary dismissal [Dkt. #4] be placed under seal. The Court will request that the opinion be removed from the Lexis database.

                                                                      s/Lawrence P. Zatkoff
                                                                      LAWRENCE P. ZATKOFF
                                                                      UNITED STATES DISTRICT JUDGE

Dated: February 21, 2013